**Anthony F. Giuliano, Esq.**
**GIULIANO LAW, P.C.**
**Attorneys for Movants**
**445 Broadhollow Road, Ste. 25**
**Melville. New York 11747**
**afg@glpcny.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

STEVEN HIRALDO,                                Chapter 7
                                               Case No. 22-11623

                              Debtor.
------------------------------------------------------------X
RAUL MATOS,

                              Plaintiff,

        -against-                              Adv. Proc. No. 23-01011

STEVEN HIRALDO,


                              Defendant.
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    I, Anthony F. Giuliano, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on March 1, 2023, I caused to be served a copy of the Summon and Complaint, together will all exhibits on all parties to this action, via Electronic Document Filing System (ECF) and by regular mail, postage paid, by depositing same, in a sealed envelope with the United States Postal Service to Steven Hiraldo, 101 West 108th Street, Apt. 3S, New York, NY 10025.

Dated:   Melville, New York
         March 1, 2023

                                               Respectfully Submitted,

                                        By: */s/ Anthony F. Giuliano*
                                               Anthony F. Giuliano
                                               Giuliano Law, P.C.
                                               445 Broadhollow Road
                                               Suite 25
                                               Melville, NY 11747
                                               Tel. (516) 792-9800
                                               Email. afg@glpcny.com