UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

STEVEN HIRALDO,

                                    Debtor.

Chapter 7
Case No. 22-11623

------------------------------------------------------X
RAUL MATOS,

                            Plaintiff,

      -against-

STEVEN HIRALDO,

   Defendant.

Adv. Proc. No. 23-01011

------------------------------------------------------X

The parties, having agreed that motions for summary judgment should be filed in the instant matter, the Plaintiff, Raul Matos, and the Defendant, Steven Hiraldo, by and through their undersigned counsel, hereby agree that a briefing schedule as to Plaintiff's motion for Summary Judgment and Defendant's cross-motion for summary judgment shall be as follows:

1. Plaintiff shall file his motion for summary judgment on or before October 20, 2023;

2. Defendant shall file its opposition to Plaintiff's motion for summary judgment and Defendant's cross-motion for summary judgment on or before November 17, 2023;

3. Plaintiff shall file his reply to Defendant's opposition to Plaintiff's motion for summary judgment and opposition to Defendant's cross-motion for summary judgment on or before December 8, 2023; and

4. Defendant shall file his reply to Plaintiff's opposition to Defendant's motion for summary judgment December 29, 2023.

Dated: September 6, 2023
     Melville, New York

                                      GIULIANO LAW, P.C.
                                      Attorneys for Plaintiff
                                      445 Broadhollow Road
                                      Suite 25
                                      Melville, NY 11747
                                      (516) 792-9800

                                      */s/ Anthony F. Giuliano*
                                      ANTHONY F. GIULIANO, ESQ.

Dated: September 6,2023

                                      ORTIZ & ORTIZ, L.L.P.
                                      Attorneys for Defendant
                                      287 Park Ave. South, Ste. 728
                                      New York, NY 10010

                                      */s/ Norma E. Oritz*
                                      NORMA E. ORTIZ, ESQ.

"So Ordered"

Dated: September 8, 2023
New York, New York

                                      /s/ John P. Mastando III_____
                                      John P. Mastando III
                                      United States Bankruptcy Judge