ARREST Report - M15695521 <span style="float:right">Page 1 of 3</span>



# New York City Police Department
## Omniform System - Arrests

| RECORD STATUS: ARR PRC CMPL | Arrest ID: M15695521 - H |
|---|---|
| Arrest Location: FRONT OF 161 WEST 108 STREET | Pct: 024 |

**Arrest Date: 12-25-2015**    Processing Type: D A T    Current Location of Perpetrator:

**Time: 03:37:00**    DCJS Fax Number: MP025723    Borough: Manhattan

Sector: G    Special Event Code: NO -    Type:

Strip Search Conducted: NO    DAT Number: 0    Location: 024 PRECINCT

Viper Initiated Arrest: NO

Stop And Frisk: NO    Return Date: 0000-00-00

Serial #: 0000-000-00000

| COMPLAINTS: | | Arrest #: M15695521 |
|---|---|---|

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-024-05808 | 2015-12-25 | Reserved # for Arrest 2015-12-25 | 02:00 | |

| CHARGES: | Arrest #: M15695521 |
|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 120.00 01 M | A | | 1 | ASLT W/INT CAUSES PHYS INJURY |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| DETAILS: | Arrest #: M15695521 |
|---|---|

AT TPO C/V STATES THAT DEFENDANT DID PUNCH C/V IN FACE WITH A CLOSED FIST, CAUSING PAIN AND SWELLING WITH A LACERATION TO RIGHT SIDE OF C/V FACE.

| DEFENDANT: HIRALDO, STEVEN | NYSID #: | Arrest #: M15695521 |
|---|---|---|

Nick/AKA/Maiden:    Height: 5FT 10IN    Order Of Protection: NO

Sex: MALE    Weight: 250    Issuing Court:

Race: BLACK HISPANIC    Eye Color: BROWN    Docket #:

Age: 30    Hair Color: BLACK    Expiration Date:

Date Of Birth: 12/28/1984    Hair Length: SHORT    Relation to Victim: FRIEND/ACQUAINTANCE

U.S. Citizen: YES    Hair Style: CAESAR    Living together: NO

Place Of Birth:    Skin Tone: MEDIUM    Can be identified: YES

Is this person not Proficient in English?: NO    Complexion: CLEAR

If Yes, indicate Language:

Accent: NO    Soc.Security #:

Occupation: OTHER    Gang/Crew Affiliation: NO

Identification ID:    Name:

Identification #:    Identifiers:

Physical Condition: APPARENTLY NORMAL    Lic/Permit Type:

Drug Used: NONE    Lic/Permit No:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 161 WEST 108 STREET | MANHATTAN | NEW YORK | 10025 | 3S | 024 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:

Development:    N.Y.C. Transit Employee: NO

Physical Force: USED

A.306

4
D_000676

ARREST Report - M15695521                                                    Page 2 of 3

Gun:
Weapon Used/Possessed: NONE              Make:           Recovered
Non-Firearm Weapon:                      Color:   Serial Number Defaced:
Other Weapon Description:                Caliber:          Serial Number:
                                         Type:
                                         Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | PUNCHED |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLUE |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - WHITE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| JUVENILE DATA: | Arrest #: M15695521 |
|---|---|

Juvenile Offender:   Relative Notified:  Personal Recog
Number Of Priors: 0        Name:
School Attending:     Phone Called:
Mother's Maiden Name:    Time Notified:

| ASSOCIATED ARRESTS: | Arrest #: M15695521 |
|---|---|

ARREST ID COMPLAINT #

**No Vehicles for Arrest #**

| DEFENDANTS CALLS: | Arrest #: M15695521 |
|---|---|

CALL # NUMBER DIALED NAME CALLED
1        - -        REFUSED,REFUSED

| INVOICES: | Arrest #: M15695521 |
|---|---|

INVOICE# COMMAND PROPERTY TYPE VALUE

| ARRESTING OFFICER: POM JAMES MCKINLEY | Arrest #: M15695521 |
|---|---|

Tax Number:              On Duty: YES
Other ID (non-NYPD):     In Uniform: YES          Force Used: NO
Shield: 19542            Squad: A1                   Type:
Department: NYPD         Chart: 02                 Reason:
Command: 024   Primary Assignment                Officer Injured: NO

| Arresting Officer Name: POM MCKINLEY, JAMES | Tax # | Command: 024 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT ODEN JERMAINE | | Command: 024 | Agency: NYPD |
| Report Entered by: POM DONATO, GREGORY | | Command: 024 | Agency: NYPD |

ARREST Report - M15695521                                    Page 3 of 3



# END OF ARREST REPORT
# M15695521



| Print this Report | Add an another Arrest |
|---|---|

A.308

D_000678



## POLICE DEPARTMENT OF THE CITY OF NEW YORK
### Desk Appearance Ticket

Precinct of Arrest : 024        DAT Serial No : 024-00552        OLBS Arrest-ID : M15695521

The People of the State of New York VS.

Defendant Name : HIRALDO, STEVEN,
Defendant Address: 161 WEST 108 STREET, 3S,        Age: 30 yrs        Date of Birth: 12/28/1984
MANHATTAN, NY 10025

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 120.00 01
County: New York        Arraign/Part: DAT        Time: 10:30 AM        Date: 02/08/2016
At LOC: 100 Centre Street, New York, NY 10003        Room: DAT

Instructions for Defendant

You must appear at the time and date indicated above, and present this form to the court clerk.

FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfeiture.

Additional Instructions        Must Appear!!

Acknowledgement of Defendant:

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature:        Time: 07 05        Date: 12/28/15

Photographed by:        Time: 05 05        Date: 12/25/15
PO Donato

Finger/Printed? Y

Arresting Officer: MCKINLEY, JAMES Shield: –        Rank: POM        Tax Reg.: 942169

Squad: 24TH PRECINCT        Command: 024        Agency: NYPD

Address of Agency if not NYPD:

Was cash bail accepted? N        Amount: $

PO
Signature Issuing Officer        12/25/15        Sgt.
Date        Signature Desk Officer

8

A.310        D_000680

## DESK APPEARANCE TICKET INVESTIGATION
PD 360-091 (Rev. 05-09)

| DAT SERIAL NUMBER | ARREST NUMBER | DATE OF ARREST | TOP CHARGE |
|---|---|---|---|
| | M15695521 - H | 12-25-15 | PL 170.01 |

**ARRESTING OFFICER INFORMATION**

| Rank | Name (Last, First, M.I.) | | Tax Registry Number | Command | Shield |
|---|---|---|---|---|---|
| PO | McKinley | | 942169 | 024 | 19542 |

Department (If Other Than NYPD)

**ARRESTEE INFORMATION**

| Last Name | First Name | M.I. | Date of Birth |
|---|---|---|---|
| Hiroldo | Soeren | | 12-28-84 |

| Street | Apt. No. | City | County | State | ZIP Code |
|---|---|---|---|---|---|
| 161 West 108st | 3S | NY | NY | NY | 10025 |

In Care Of

How Long at Address?
Years   Months   Days

Defendant's Driver License Number        Social Security Number        Other Identification (Type)

Defendant Currently Employed
☐ part-time   ☒ full-time        Name, Address, and Telephone of Employer

Defendant Currently in School
☐ part-time   ☐ full-time        Name, Address, and Telephone of School

Social Status
☒ Single   ☐ Separated   ☐ Divorced   ☐ Widowed   ☐ Married   ☐ Living together

Lives with (check all that apply)
☐ Alone   ☒ Parents   ☐ Spouse   ☐ Friend   ☐ Children   ☐ Common-Law   ☐ Other: (specify)

(For all categories except children indicate name and length of time)
Name        Length of Time

Aliases

| Has a co-defendant? | Co-defendant Name | Co-defendant Received DAT? | DAT Serial No. |
|---|---|---|---|
| ☐ Yes ☒ No | | ☐ Yes ☐ No | |

**CONTACT INFORMATION**

Home Phone Number        Home Contact Name / Relationship
Area Code (   )

Additional Contact Phone Number        Additional Contact Name / Relationship
Area Code (   )

If given a DAT, will someone go to arraignment with you?        If yes, Name / Relationship
☒ Yes   ☐ No   ☐ Don't Know

**WARRANT INFORMATION**

| Warrant Checked by | Time | Warrant Outstanding? | Warrant Type / Number |
|---|---|---|---|
| PO McKinley | 0230 | ☐ Yes ☒ No | |

9

A.311

D_000681

## VERIFICATION INFORMATION

| | Item Verified | Source of Verification | | |
|---|---|---|---|---|
| Defendant Address: | ☐ No  ☑ Yes | ☐ Phone Contact | ☐ Arresting Officer | ☐ ID type: _____ |
| Telephone: | ☑ No  ☑ Yes | ☐ Phone Contact | ☐ Arresting Officer | ☐ ID type: _____ |
| Employment/School: | ☑ No  ☐ Yes | ☐ Phone Contact | ☐ Arresting Officer | ☐ ID type: _____ |

Desk Appearance Ticket Issued

☐ Yes    ☐ No

Eligibility Failure, but DAT issued anyway (reason) _____

| DAT Serial Number | Return Date | Return Time | | Other |
|---|---|---|---|---|
| | | | ☐ AM  ☐ PM | |

## REASONS DAT WAS DENIED

☐ 1 OUTSTANDING WARRANT
☐ 2 RESIDES OUT OF STATE
☐ 3 UNABLE TO VERIFY ADDRESS
☐ 4 PHOTOGRAPHABLE OFFENSE
☐ 5 FAMILY OFFENSE
☐ 6 UNABLE TO VERIFY IDENTIFICATION
☐ 7 ARREST FOR CRIMINAL SALE OF MARIHUANA 4th or 5th DEGREE
☐ 8 UNDER THE INFLUENCE OF DRUGS / MARIHUANA TO THE DEGREE THAT HE MAY ENDANGER HIMSELF OR OTHERS
☐ 9 ASSAULT 3rd, ATTEMPTED ASSAULT 3rd, MENACING, AGGRAVATED HARASSMENT, RECKLESS ENDANGERMENT 2nd DEGREE WHEN COMMITTED AGAINST A CITY/STATE EFORCEMENT AGENT PERFORMING OFFICIAL DUTY
☐ 10 ARREST FOR INTOX / IMPAIRED DRIVING — VTL sec 1192 sub 1,2,3,4

☐ 11 DESIGNATED RECIDIVIST PROGRAM (attach copy of FINEST warrant check)
☐ 12 DESIGNATED VEHICLE OFFENSES AS PER PATROL GUIDE AND INTERIM ORDER
☐ 13 VIOLATION OF AN ORDER OF PROTECTION OR IMMEDIATE NEED TO SECURE ONE
☐ 14 HARASSMENT 1st OR MENACING 2nd, STALKING OFFENSES
☐ 15 CHILD ABUSE, NEGLECT, MALTREATMENT
☐ 16 GRAFFITI OFFENSES
☐ 17 CRIMINAL TRESPASS 3rd (Commercial Premises)
☐ 18 UNLAWFUL EVICTION
☐ 19 RESISTING ARREST
☐ 20 OBSTRUCTING GOVERNMENTAL ADMINISTRATION 2nd (Not Uncooperative Actions)
☐ 21 INTERFERENCE WITH PROFESSIONAL SPORTING EVENT (A.C. 10-162)

## FOR "E" FELONIES ONLY — AS AUTHORIZED BY PATROL GUIDE

DEFENDANT WITH E-FELONY ARREST CHARGES MUST HAVE A VERIFIED ADDRESS TO QUALIFY:

| | Item Verified | Source of Verification | | |
|---|---|---|---|---|
| Defendant Address: | ☐ No  ☐ Yes | ☐ Phone Contact | ☐ Arresting Officer | ☐ ID type: _____ |

IN ADDITION TWO OF THE FOLLOWING CRITERIA MUST BE VERIFIED (indicate)

LIVES AT CURRENT NYC ADDRESS FOR 18 MONTHS OR LONGER
☐ No  ☐ Yes    ☐ Phone Contact    ☐ Arresting Officer    ☐ ID type _____

EMPLOYED, IN SCHOOL, IN JOB-TRAINING PROGRAM, OR ANY COMBINATION, FULL TIME
☐ No  ☐ Yes    ☐ Phone Contact    ☐ Arresting Officer    ☐ ID type: _____

HOME TELEPHONE NUMBER
☐ No  ☐ Yes    ☐ Phone Contact    ☐ Arresting Officer    ☐ ID type: _____

## DESK OFFICER

| RANK | NAME | COMMAND | SIGNATURE |
|---|---|---|---|
| | | | |

## ARRAIGNMENT DATE INFORMATION (CJA use only)

| Original Arraignment Date | Changed to (First) | Changed to (Last) |
|---|---|---|
| | | |

D_000682