FILED: NEW YORK COUNTY CLERK 09/12/2017 11:21 AM
NYSCEF DOC. NO. 12
23-01011-jpm    Doc 11-5    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. E
- State Court Answer    Pg 1 of 4
INDEX NO. 151150/2017
RECEIVED NYSCEF: 09/12/2017

Answer (Sep. 12, 2017) [p. A.52-57]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
RAUL MATOS,                                          Index #151150/2017

                        Plaintiff,                           **ANSWER**

STEPHEN HIRALDO

                        Defendant.
-------------------------------------------------------X

[RECEIVED SEP 1 2 2017 NYS SUPREME COURT - CIVIL TRIAL SUPPORT OFFICE]

    Defendant STEPHEN HIRALDO answers the Complaint as follows:

1.    Defendant denies knowledge of information sufficient to form an option as to the truth of the allegations set forth in paragraph 1 of the Complaint.

2.    Defendant admits the information contained in paragraph 2 Complaint.

3.    Defendant denies knowledge of information sufficient to form an opinion as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4.    Defendant denies knowledge of information sufficient to form an opinion as to the truth of the allegations set forth in paragraph 4 of the Complaint.

5.    Defendant denies knowledge of information sufficient to form an opinion as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6.    Defendant denies the information contained in paragraph 6 of the Complaint.

7.    Defendant denies the information contained in paragraph 7 of the Complaint.

8.    Defendant denies the information contained in paragraph 8 of the Complaint.

9.    Defendant denies the information contained in paragraph 9 of the Complaint.

10.    Defendant denies the information contained in paragraph 10 of the Complaint.

FILED: NEW YORK COUNTY CLERK 09/12/2017 11:21 AM
NYSCEF DOC. NO. 12
INDEX NO. 151150/2017
RECEIVED NYSCEF: 09/12/2017

23-01011-jpm    Doc 11-5    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. E
- State Court Answer    Pg 2 of 4

11. Defendant denies the information contained in paragraph 11 of the Complaint.

12. Defendant denies the information contained in paragraph 12 of the Complaint.

13. Defendant denies the information contained in paragraph 13 of the Complaint.

14. Defendant denies the information contained in paragraph 14 of the Complaint.

15. Defendant denies knowledge of information sufficient to form an opinion as to the truth of the allegations set forth in paragraph 15 of the Complaint.

16. Defendant denies the information contained in paragraph 16 of the Complaint.

17. Defendant denies the information contained in paragraph 17 of the Complaint.

18. Defendant denies the information contained in paragraph 18 of the Complaint.

19. Defendant denies the information contained in paragraph 19 of the Complaint.

20. Defendant denies the information contained in paragraph 20 of the Complaint.

21. Defendant denies the information contained in paragraph 21 of the Complaint.

FILED: NEW YORK COUNTY CLERK 09/12/2017 11:21 AM
NYSCEF DOC. NO. 12
23-01011-jpm   Doc 11-5   Filed 10/27/23   Entered 10/27/23 10:33:02   Exhibit Ex. E
- State Court Answer   Pg 3 of 4
INDEX NO. 151150/2017
RECEIVED NYSCEF: 09/12/2017

22. Defendant denies the information contained in paragraph 22 of the Complaint.

23. Defendant denies the information contained in paragraph 23 of the Complaint.

24. Defendant denies the information contained in paragraph 24 of the Complaint.

25. Defendant denies the information contained in paragraph 25 of the Complaint.

26. Defendant denies knowledge of information sufficient to form an opinion as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27. Defendant denies the information contained in paragraph 27 of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE
#### Failure to State a Cause of Action

28. The Complaint fails to state a cause of action upon which relief can be granted.

### AS AND FOR AN SECOND AFFIRMATIVE DEFENSE
#### Self Defense

29. Plaintiff is barred from recovering because Defendant was acting in self defense.

### AS AND FOR AN THIRD AFFIRMATIVE DEFENSE
#### Failure to Mitigate Damages

FILED: NEW YORK COUNTY CLERK 09/12/2017 11:21 AM
NYSCEF DOC. NO. 12
INDEX NO. 151150/2017
RECEIVED NYSCEF: 09/12/2017

23-01011-jpm    Doc 11-5    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. E
- State Court Answer    Pg 4 of 4

30. Plaintiff has failed to mitigate damages.

Dated: New York, New York
August , 2017

_Steven Hiraldo_ (Steven Hiraldo)
Stephen Hiraldo
Defendant
161 West 108th Street
New York, New York 10025
(929) 431-8753

TO: Richard J. Katz, Esq.
Attorney for Plaintiff
110 William Street – 26th Floor
New York, New York 10038
(212) 233-1515