No. 0026

SUPREME COURT — NY COUNTY,

TRIAL TERM. Part 4

Raul Mates
      Plaintiff

AGAINST

Stephen Hiraldo,
      Defendant

September 30, 2021

Calendar No. 2019L-00254

Index No. 151150/2017

I hereby Certify that this cause was tried before Hon. Frank Nervo ~~without a Jury~~ and a Jury, on the 23rd, 24th, 27th day of September, 2021, and a ~~decision~~ verdict rendered therein for the Plaintiff for the sum of $250,000.00

As follows:

| | |
|---|---|
| Past Pain & Suffering | 125,000 |
| Future Pain & Suffering | 125,000 |
| Total | 250,000 |

Milton A. Tingling
      Clerk.