# NEW YORK STATE
# SUPREME COURT-CIVIL TERM
# NEW YORK COUNTY

JURY NOTE # __1__

COMMUNICATION: *We the Jury:*

- Are freddy and Mr Gomez the same person?
- legal definition of assault
- legal definition of battery

SIGNED BY FOREPERSON: _____

TIME: __2:16__    DATE: __9/27/21__

DO NOT WRITE BELOW THIS LINE (COURT USE ONLY)

RE: __Mateo__ v __Hiraldo__

INDEX # __151150/2017__

PART: __4__

JUDGE: **FRANK P NERVO**    COURT'S EXHIBIT # _____

So that means the elements of ASSAULT are, and what you must find is:

1. Defendant voluntarily threw punches at the plaintiff;
2. That when the defendant did that, he intended the plaintiff to become apprehensive that he was about to be harmed;
3. That the defendant had the real or apparent ability to carry out that threat to harm the plaintiff at that time; and
4. That the plaintiff actually had the apprehension of being harmed by the defendant at that time.

You must find that the plaintiff proved, by a preponderance of the evidence, all four of these elements before you can find defendant responsible for the allegation of ASSAULT.

To establish ASSAULT, the plaintiff does not have to prove there was a contact, only apprehension of contact, and the other three elements of assault that I have just defined assault.

A.336

D_000706

So, therefore, the elements of <u>battery</u> that the plaintiff must prove by a fair preponderance of the evidence, are as follows:

1. There was an intentional offensive bodily contact, without that person's consent.

The intent required for battery is intent to cause a bodily contact that a reasonable person would find offensive.

An offensive bodily contact is one that is done for the purpose of harming another or one that offends a reasonable sense of personal dignity.

A.337

D_000707

FILED: NEW YORK COUNTY CLERK 09/30/2021 03:34 PM    INDEX NO. 151150/2017
NYSCEF DOC. NO. 61                                  RECEIVED NYSCEF: 09/30/2021

# NEW YORK STATE

# SUPREME COURT-CIVIL TERM

# NEW YORK COUNTY

JURY NOTE # __1__

---

COMMUNICATION: *We the Jury.*

We have reached a verdict

---

SIGNED BY FOREPERSON: _Jody Stovell_

TIME: __3:50pm__ DATE: __9/27/21__

DO NOT WRITE BELOW THIS LINE (COURT USE ONLY)

RE: __Matos__ v __Hiraldo__

INDEX # __151150/2017__

PART: __4__

JUDGE: **FRANK P NERVO**    COURT'S EXHIBIT # _____

Verdict Sheet Ip. A.339-347]

Court Exhibit I
9-27-2021
JDMJSC

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : PART IV
------------------------------------------------------------X   Index No.: 151150/2017
RAUL MATOS,
                                                                VERDICT SHEET
                                    Plaintiff,

                -against-

STEVEN HIRALDO,

                                    Defendant.
------------------------------------------------------------X

1. Was the defendant acting in self-defense on Dec. 25, 2015?

                        Yes _____   No __✓__

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1 _____
Juror # 2 _____
Juror # 3 _____
Juror # 4 _____
Juror # 5 _____
Juror # 6 _____

I, the undersigned Juror, do not concur in the above verdict

_____

If you find that the answer to this question is Yes, you have found for the defendant. Stop.
Do not answer any further questions and report your verdict to the Court.

2. Did the defendant commit an assault against the plaintiff?

                        Yes _____   No __✓__

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

A.339

D_000709

FILED: NEW YORK COUNTY CLERK 10/01/2021 09:52 AM
NYSCEF DOC. NO. 64
INDEX NO. 151150/2017
RECEIVED NYSCEF: 10/01/2021

23-01011-jpm    Doc 11-7    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. G
- Jury Verdict    Pg 6 of 13

Court Exhibit I
9-27-2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : PART IV
----------------------------------------X    Index No.: 151150/2017
RAUL MATOS,
                                             VERDICT SHEET
                    Plaintiff,

        -against-

STEVEN HIRALDO,

                    Defendant.
----------------------------------------X

1. Was the defendant acting in self-defense on Dec. 25, 2015?

                    Yes _____  No __✓__

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1 _Jody Stovell_____
Juror # 2 _Rainee Hoel_____
Juror # 3 _Marilyn Vmullul_____
Juror # 4 _Louisa P Young_____
Juror # 5 _Hank Shi_____
Juror # 6 _Jaysun Sanchez_____

I, the undersigned Juror, do not concur in the above verdict

_____

If you find that the answer to this question is Yes, you have found for the defendant. Stop.
Do not answer any further questions and report your verdict to the Court.

2. Did the defendant commit an assault against the plaintiff?

                    Yes _____  No __✓__

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

A.340

D_000710

Juror # 1 _Jody Stovell_
Juror # 2 _Ranjee Holt_
Juror # 3 _Maralyn Tinnellt_
Juror # 4 _Louise P. Young_
Juror # 5 _[signature]_
Juror # 6 _Jayson Sanchez_

I, the undersigned Juror, do not concur in the above verdict

_____

Continue to Question #3

3. Did the defendant commit a battery against the plaintiff?

Yes ✓    No ___

Juror # 1 _Jody Stovell_
Juror # 2 _Ranjee Holt_
Juror # 3 _Maralyn Tinnellt_
Juror # 4 _Louise P. Young_
Juror # 5 _Faith Smith_
Juror # 6 _Jayson Sanchez_

I, the undersigned Juror, do not concur in the above verdict.

_____

If you have answered YES to EITHER question 2 or 3, continue to question 4.

If you have answered NO to BOTH questions 2 & 3, you have found for the defendant. Stop. Do not answer any further questions. Report your verdict to the Court.

D_000711



4. Did the plaintiff contribute to the assault or battery committed against him?

          Yes ✓    No ____

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1 _____Jody Stovell_____

Juror # 2 _____Jamie Thier_____

Juror # 3 _____(illegible)_____

Juror # 4 _____Loyia P. Young_____

Juror # 5 _____(illegible)_____

Juror # 6 _____Jausor Sanchez_____

I, the undersigned Juror, do not concur in the above verdict.

_____

      If you answered NO to question 4, proceed to Question 6.

      If you answered YES to question 4, proceed to Question 5.

D_000712

5. You may assign any percentage of blame to the defendant and to the plaintiff. **The total MUST equal 100%.**

What percentage of blame do you assign to the parties?

Defendant, Stephen Hiraldo __50__ %

Plaintiff, Raul Matos __50__ %

100%

Jurors, after answering the above question will sign their name below. At least five jurors must agree on the answer to this question

Juror # 1 _Jody Stovell_

Juror # 2 _Janice Holt_

Juror # 3 _Marilyn Truelot_

Juror # 4 _Louise C. Young_

Juror # 5 _Cinth Suj_

Juror # 6 _Jayson Sanchez_

I, the undersigned Juror, do not concur in the above verdict.

_____

Continue to Question #6

FILED: NEW YORK COUNTY CLERK 10/01/2021 09:52 AM   INDEX NO. 151150/2017
NYSCEF DOC. NO. 64   A 343 A   RECEIVED NYSCEF: 10/01/2021

D_000713

6. Were the defendant's actions a substantial cause of injury to the plaintiff?

   Yes ___✓___   No _____

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1  _Tedy Stovell_

Juror # 2  _Larjee Holt_

Juror # 3  _Sharlyn Tmulol_

Juror # 4  _Louise P. Young_

Juror #5  _[signature]_

Juror #6  _Jawson Snyder_

I, the undersigned Juror, do not concur in the above verdict.

_____

If you have answered YES to question 6, continue to question 7.

If you have answered NO to question 6, you have found for the defendant. Stop. Do not answer any further questions. Report your verdict to the Court.

D_000714

FILED: NEW YORK COUNTY CLERK 10/01/2021 09:52 AM
NYSCEF DOC. NO. 64
23-01011-jpm    Doc 11-7    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. G
- Jury Verdict    Pg 11 of 13
INDEX NO. 151150/2017
RECEIVED NYSCEF: 10/01/2021

7. What amount do you award the plaintiff, Raul Matos, for past pain and suffering from the date of the incident, Dec. 25, 2015, until today? Write in the total amount awarded for past pain and suffering. If you chose not to award anything for past pain and suffering, write "None" in the space provided.

$ __125,000.—__

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1 _[signature]_

Juror # 2 _[signature]_

Juror # 3 _[signature]_

Juror # 4 _[signature]_

Juror # 5 _[signature]_

Juror # 6 _[signature]_

I, the undersigned Juror, do not concur in the above verdict.

_____

Continue to Question #8

A.345    D_000715

FILED: NEW YORK COUNTY CLERK 10/01/2021 09:52 AM
NYSCEF DOC. NO. 64
23-01011-jpm    Doc 11-7    Filed 10/27/23    Entered 10/27/23 10:33:02    Exhibit Ex. G
- Jury Verdict    Pg 12 of 13
INDEX NO. 151150/2017
RECEIVED NYSCEF: 10/01/2021

8. What amount do you award the plaintiff, Raul Matos, for future pain and suffering from the date of the incident until today? Write in the total amount awarded for future pain and suffering. If you chose not to award anything for future pain and suffering, write "None" in the space provided.

$ 125,000. —

Jurors, after answering the above question will sign their name below. At least five jurors must agree on the answer to this question

Juror # 1  _Jedy Stovell_
Juror # 2  _Janice Holt_
Juror # 3  _Marilyn Tinulat_
Juror # 4  _Louise P. Young_
Juror # 5  _[signature]_
Juror # 6  _Jayson Sorelu_

I, the undersigned Juror, do not concur in the above verdict.

_____

If you make an award for future pain and suffering proceed to Question 9. If you did not make an award for future pain and suffering STOP here and report your verdict to the Court.

A.346

D_000716

FILED: NEW YORK COUNTY CLERK 10/01/2021 09:52 AM
NYSCEF DOC. NO. 64
23-01011-jpm   Doc 11-7   Filed 10/27/23   Entered 10/27/23 10:33:02   Exhibit Ex. G
- Jury Verdict   Pg 13 of 13
INDEX NO. 151150/2017
RECEIVED NYSCEF: 10/01/2021

9. If you made an award for future pain and suffering to plaintiff, Raul Matos, state the total number of years over which such amounts are intended to provide compensation?

   Future pain and suffering ___35___ years.

Jurors, after answering the above question will sign their name below.
At least five jurors must agree on the answer to this question

Juror # 1  _[signature]_

Juror # 2  _[signature]_

Juror # 3  _[signature]_

Juror # 4  _[signature]_

Juror # 5  _[signature]_

Juror # 6  _[signature]_

I, the undersigned Juror, do not concur in the above verdict.

_____

REPORT YOUR VERDICT TO THE COURT

A.347                                                  D_000717