FILED: NEW YORK COUNTY CLERK 11/17/2021 12:22 PM
NYSCEF DOC. NO. 68

FILED: NEW YORK COUNTY CLERK 10/25/2021 02:07 PM
NYSCEF DOC. NO. 60

INDEX NO. 151150/2017
RECEIVED NYSCEF: 11/18/2021
RECEIVED NYSCEF: 10/25/2021

Judgment, Hon. Frank P. Nervo, J.S.C. (dated and entered Oct. 25, 2021) [p. A.9-15]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
RAUL MATOS,

                          *Plaintiff,*

              -against-

STEVEN HIRALDO,

                          *Defendant.*
-------------------------------------------------------------------x

Index No.: 151150/2017

**JUDGMENT**

      The above entitled action having come on for trial before the Honorable Frank P. Nervo, Justice of the Supreme Court, and a jury of six at IA Part IV of this Court, and the Court having tried all the issues in the case on September 23, 24 and 27, 2021 and the jury on September 27, 2021, having returned a verdict in favor of the plaintiff and against the defendants, on the cause of action for battery, and the jury having apportioned the fault of the defendant, Steven Hiraldo, at fifty percent (50%), and the jury having apportioned the fault of plaintiff, Raul Matos, at fifty percent (50%), and the jury having returned an itemized verdict on damages in favor of the plaintiff and against the defendants in the total sum of $250,000.00 ($125,000.00 for past pain and suffering and $125,000.00 for future pain and suffering);

      NOW, on motion of RICHARD J. KATZ, L.L.P., attorneys for plaintiff, it is hereby,

      ADJUDGED, that plaintiff, Raul Matos, residing at 161 West 108th Street, **Apt. 2N,** New York, **10025** New York, does recover of the defendant, Steven Hiraldo, 161 West 108th Street, **Apt. 3S,** New York, **10025** New York, in the amount of $125,000.00 together with the taxable costs and disbursements in the amount of **$1,150.00** ~~$1,265.00~~; plus interest at NINE (9%) PERCENT per annum from ~~the date of the verdict on liability,~~ September 27, 2021, ~~to the date of entry of Judgment herein on~~ **in** the sum of **$863.01** ~~$125,000.00 representing the total net award of damages to the plaintiff, Raul Matos, at an~~

D_000379

FILED: NEW YORK COUNTY CLERK 11/17/2021 12:22 PM
NYSCEF DOC. NO. 68

FILED: NEW YORK COUNTY CLERK 10/25/2021 02:37 PM
NYSCEF DOC. NO. 68

INDEX NO. 151150/2017
RECEIVED NYSCEF: 11/18/2021

INDEX NO. 151150/2017
RECEIVED NYSCEF: 10/25/2021

for a total
~~annual rate of $11,500.00, amounting to a daily rate of $30.82 in the~~ amount of

X  $ __127,013.01__ ; and that plaintiff, Raul Matos, shall have execution therefore.

25 th    Oct.    2021

_____
           Clerk

~~To: Steven Hiraldo~~
~~161 West 108th Street, Apt 3B~~
~~New York, New York 10025~~

FILED
Oct 25 2021
NEW YORK
COUNTY CLERK'S OFFICE